NO. 07-10-0030-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

AUGUST 18, 2010

_____

MICHAEL ANTHONY FOSTER,

Appellant

v.

THE STATE OF TEXAS,

Appellee

_____

FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY;

NO. 1172868R; HONORABLE GEORGE WILLIAM GALLAGHER, PRESIDING

_____

*Memorandum Opinion*

_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

After a jury trial, Michael Anthony Foster was convicted of serious bodily injury to a child. He seeks reversal of that conviction because the trial court denied him the right of self-representation. We reverse the judgment.

Via letter dated July 14, 2010, the State conceded that the trial court erred by denying appellant his right to self-representation and that the error was not subject to a

harm analysis. Given this concession, we reverse the judgment of the trial court and remand the cause for further proceedings.


Per Curiam


Do not publish.